**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DERRICK U DENNIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>LIVING SPACES FURNITURE, LLC,<br><br>Defendant. | Case No. 1:19-cv-04656-DAB<br><br>**AFFIDAVIT OF PLAINTIFF'S COUNSEL** |

I, Jonathan Shalom, declare under penalty of perjury that the parties have entered into a private and confidential settlement on an individual basis, whereby the legal rights of the purported, unnamed class members, as alleged in the complaint, remain unaltered.

Dated:   August 12, 2019
         Queens, New York

                                                    Respectfully submitted,

                                                    By: */s/ Jonathan Shalom*
                                                    Jonathan Shalom, Esq.
                                                    Shalom Law PLLC