```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Dennis
                    Plaintiff,

          v.                                    19 Civ. 4656
                                                   ORDER

Living Spaces Furniture, LLC.

                    Defendant.
---------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court having been advised (Docket No. 15) that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen <u>must</u> be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis.

The Clerk of Court is directed to close the case.

SO ORDERED.

DATED:   August 15, 2019
         New York, New York

                                    _____
                                         Deborah A. Batts
                                    United States District Judge